

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00362-CV

**CITY OF WINDCREST**, and City of Windcrest Board of Adjustment,
Appellants

v.

Chad **MOWELL**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI19418
Honorable Marisa Flores, Judge Presiding

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
               Lori Massey Brissette, Justice
               Adrian A. Spears II, Justice

Delivered and Filed: September 10, 2025

APPEAL DISMISSED

On August 22, 2025, appellants filed their "Notice to Court of Settlement and Request for Remand of Case to Trial Court" (hereafter "motion"), moving this court to dismiss its appeal and remand the case to the trial court. Appellants' motion represents that they have conferred with appellee, and appellee is unopposed to the relief sought in this court. Accordingly, appellants' motion is granted, this appeal is dismissed, and this case is remanded to the trial court for further proceedings. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM